IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-2771-**AP**

**RUTHIE MAE BROWN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1. **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

   For Plaintiff:

   James E. Freemyer
   James E. Freemyer, P.C.
   1575 Race Street
   Denver, Colorado 80206
   Phone Number: 303-861-0868
   Fax Number: 303-860-1343

   For Defendant:

   Robert L. Van Saghi
   Special Assistant United States Attorney
   *Mailing Address:*
   1001 17th Street
   Denver, Colorado 80202
   *Street Address:*
   United States Attorney's Office
   1225 Seventeenth Street, Suite 700
   Denver, Colorado 80202
   Phone Number: 303-454-0100
   Fax Number: 303-454-0404

2.  **STATEMENT OF LEGAL BASIS FRO SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205 (g) of the Social Security Act, 42 U.S.C. 405 (g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:** October 18, 2012.

    B.  **Date Complaint Was Served on U.S. Attorney's Office:** October 22, 2012.

    C.  **Date Answer and Administrative Record Were Filed:** December 19, 2012.

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The record is adequate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    No need for additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OF DEFENSES**

    No.

7.  **OTHER MATTERS**

    None.

8.  **BRIEFING SCHEDULE**

    A.  **Plaintiff's Opening Brief Due:** February 17, 2013

    B.  **Defendant's Response Brief Due:** March 19, 2013

    C.  **Plaintiff's Reply Brief (If Any) Due:** April 3, 2013

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:**

        Plaintiff does not believe oral argument is necessary.

    B.  **Defendant's Statement:**

Defendant does not believe oral argument is necessary.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. (X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

None.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

None.

DATED this 20th day of February, 2013. *nunc pro tunc to January 9, 2013*

BY THE COURT:

s/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ James E. Freemyer
James E. Freemyer Atty No. 11839
1575 Race Street
Denver, Colorado 80206

Telephone: 303-861-0868
Fax: 303-860-1343
Email: Jamesfreemyer@msn.com
Attorney for Plaintiff

/s/ Robert Van Saghi
By: Robert Van Saghi
Special Assistant U.S. Attorney

*Mailing Address:*
1001 17th Street
Denver, Colorado 80202
Email: Robert.VanSaghi@ssa.gov
*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Attorney for Defendants(s)