IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-2771-AP

**RUTHIE MAE BROWN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>

James E. Freemyer
James E. Freemyer, P.C.
1575 Race Street
Denver, Colorado 80206
Phone Number: 303-861-0868
Fax Number: 303-860-1343

<u>For Defendant:</u>

Robert L. Van Saghi
Special Assistant United States Attorney
*Mailing Address:*
1001 17th Street
Denver, Colorado 80202
*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Phone Number: 303-454-0100
Fax Number: 303-454-0404

2. **STATEMENT OF LEGAL BASIS FRO SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205 (g) of the Social Security Act, 42 U.S.C. 405 (g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** October 18, 2012.

   B. **Date Complaint Was Served on U.S. Attorney's Office:** October 22, 2012.

   C. **Date Answer and Administrative Record Were Filed:** December 19, 2012.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The record is adequate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   No need for additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OF DEFENSES**

   No.

7. **OTHER MATTERS**

   None.

8. **BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief Due:** February 17, 2013

   B. **Defendant's Response Brief Due:** March 19, 2013

   C. **Plaintiff's Reply Brief (If Any) Due:** April 3, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:**

   Plaintiff does not believe oral argument is necessary.

   B. **Defendant's Statement:**

Defendant does not believe oral argument is necessary.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   (X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

None.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

None.

DATED this 20th day of February, 2013. *nunc pro tunc to January 9, 2013*

BY THE COURT:

s/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ James E. Freemyer
James E. Freemyer Atty No. 11839
1575 Race Street
Denver, Colorado 80206

Telephone: 303-861-0868
Fax: 303-860-1343
Email: Jamesfreemyer@msn.com
Attorney for Plaintiff

/s/ Robert Van Saghi
By: Robert Van Saghi
Special Assistant U.S. Attorney

*Mailing Address:*
1001 17th Street
Denver, Colorado 80202
Email: Robert.VanSaghi@ssa.gov
*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Attorney for Defendants(s)